IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

APR 21 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

POPPI SWINDELL, )
)
      Plaintiff, )
)
v. )   Civil Action No. 3:21-cv-676-FDW
)
CHARLOTTE MECKLENBURG BOARD OF )
EDUCATION, )
)
      Defendants.

## ANSWER TO MOTION TO DISMISS

Plaintiff, Poppi Swindell, states as follows:

1. Plaintiff initiated this action on December 20, 2021, with his filing of a Complaint and related materials. On December 20, 2021, the clerk's office issued standard summons for the defendant.

2. Plaintiff attempted to serve the defendant, but the legal name on complaint is claimed to be incomplete and Plaintiff has corrected legal name and will again effectuate service on the Defendant.

3. If the complaint and summons in this Action are allowed to be amended, Plaintiff intends to again effectuate service on Defendant rendering the Defendant's Motion to Dismiss moot.

1

**WHEREFORE**, Plaintiff, Poppi Swindell, requests that this Honorable Court grant this motion and issue an Order amending the complaint and summons, and allow service be effected on Defendant within the remainder of said 90 days or such other time period as specified.

Respectfully submitted this the 8th day of April 2012.

*signature*
Poppi Swindell
*Pro Se*
13907 Glendevon Ct.
Charlotte, NC 28273
(T): 704-588-7716
(E): poppi.swindell@agracor.com

2