IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| POPPI SWINDELL, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHARLOTTE MECKLENBURG BOARD OF EDUCATION, | ) 3:21-cv-00676-FDW-DSC |
| Defendant. | ) |

**JOINT STIPULATION FOR EXTENSION OF TIME**

WHEREAS, the Court ordered the Parties to meet and confer regarding designation of a Mediator who is certified in this District and file an appropriate Notice of Designation of Mediator (D.I. 18);

WHEREAS, the Parties agreed upon Meredith Jeffries to serve as mediator in the above-captioned case and filed a Notice of Designation of Mediator on January 20, 2023 (D.I. 19);

WHEREAS, the Court ordered that within sixty days of its Order For Referral to Pro Se Settlement Assistance Program (D.I. 18), the parties shall hold a mediated settlement conference (i.e., March 6, 2023);

WHEREAS, due to the Parties' and Ms. Jeffries' availability, the Parties have arranged a mediated settlement conference, currently scheduled for March 20, 2023;

WHEREAS, the Parties need additional time to engage in the mediated settlement conference;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the approval and order of the Court, that the time for the Parties to hold a mediated settlement conference is extended through and including March 21, 2023.

| | |
|---|---|
| MAYER BROWN LLP | OFFICE OF GENERAL COUNSEL CHARLOTTE MECKLENBURG BOARD OF EDUCATION |
| s/ Joseph A. Mahoney | s/ Oksana K. Cody |
| _____ | _____ |
| Joseph A. Mahoney (NC State Bar No. 55318) | Oksana Kukharets Cody (NC State Bar No. 45393) |
| Ryan P. Regan (NC State Bar No. 58494) | 600 East Fourth Street |
| Cecilia G. Rambarat (NC State Bar No. 58047) | 5th Floor |
| 300 South Tryon Street | Charlotte, NC 28202 |
| Suite 1800 | (980) 343-5041 |
| Charlotte, NC 28202 | oksanak.cody@cms.k12.nc.us |
| (704) 444-3654 | |
| jamahoney@mayerbrown.com | *Attorney for Defendant Charlotte Mecklenburg Board of Education.* |
| rregan@mayerbrown.com | |
| crambarat@mayerbrown.com | |
| *Attorneys for Plaintiff Poppi Swindell.* | |

February 7, 2023

**It is SO ORDERED** this ____ day of _____, 2023

_____
The Honorable David S. Cayer
UNITED STATES MAGISTRATE JUDGE