# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Poppi Kush Swindell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00676-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Board of Education | ) | |
| Charlotte Mecklenburg Schools, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's September 12, 2024 Verdict.

September 13, 2024

Katherine Hord Simon, Clerk
United States District Court