UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00676-FDW-SCR

| | |
|---|---|
| POPPI KUSH SWINDELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE MECKLENBURG BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated on the record in open Court, the Court GRANTS IN PART and DENIES IN PART Defendant's Motion in Limine, (Doc. No. 66), Supplemental Motion in Limine, (Doc. No. 73), and second Supplemental Motion in Limine, (Doc. No. 89).

**IT IS SO ORDERED.**

Signed: September 13, 2024

Frank D. Whitney
United States District Judge

1